UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: ROSE, SCOTT J    § Case No. 09-73637
§
§
Debtor(s)    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on August 26, 2009. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $_____4,000.71

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 0.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 4,000.71 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 01/15/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,000.18. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,000.18, for a total compensation of $1,000.18. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/14/2010          By:/s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-73637  
Case Name: ROSE, SCOTT J  
Period Ending: 04/14/10

Trustee: (330410) STEPHEN G. BALSLEY  
Filed (f) or Converted (c): 08/26/09 (f)  
§341(a) Meeting Date: 10/01/09  
Claims Bar Date: 01/15/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2422 Claremont Lane, Lake In The Hills, IL | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Rental 334 East Forest Avenue, Jackson, TN | 38,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Rental 17 Finch Cove, Jackson, TN | 64,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Rental 873-875 Royal Street, Jackson, TN | 49,300.00 | 0.00 | DA | 0.00 | FA |
| 5 | Rental 137 Lakeshore Drive, Oakfield, TN | 62,600.00 | 0.00 | DA | 0.00 | FA |
| 6 | Rental 127 Harris Street, Jackson, TN | 42,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Rental 518 East Deadrick Street, Jackson, TN | 38,800.00 | 0.00 | DA | 0.00 | FA |
| 8 | Deposits - First American Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | Deposits - Kane County Teacher's Credit Union | 800.00 | 0.00 | DA | 0.00 | FA |
| 10 | Deposits - ING Direct | 150.00 | 0.00 | DA | 0.00 | FA |
| 11 | Living room furniture, televisions, DVD player | 675.00 | 0.00 | DA | 0.00 | FA |
| 12 | Bedroom furniture, washer and dryer | 700.00 | 0.00 | DA | 0.00 | FA |
| 13 | Dining room set, kitchen utensils | 250.00 | 0.00 | DA | 0.00 | FA |
| 14 | 7 stoves, 7 refrigerators, microwave, freezer | 1,825.00 | 0.00 | DA | 0.00 | FA |
| 15 | Wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 16 | Shotgun and revolver | 550.00 | 0.00 | DA | 0.00 | FA |
| 17 | Treadmill | 150.00 | 0.00 | DA | 0.00 | FA |
| 18 | State Police Pension Plan | 66,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | 457 Retirement Plan | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | Health Savings Account | 4,700.00 | 0.00 | DA | 0.00 | FA |
| 21 | CompuShare Trust Stock | 500.00 | 0.00 | DA | 0.00 | FA |
| 22 | E-Trade Stock | 221.00 | 0.00 | DA | 0.00 | FA |
| 23 | Rental incomes due | Unknown | 0.00 | DA | 0.00 | FA |
| 24 | 2008 Toyota FJ Cruiser | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | 2003 Harley Davidson Fat Boy Softail | 9,760.00 | 4,000.00 | | 4,000.00 | FA |
| 26 | Laptop computer | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.71 | Unknown |
| 27 | Assets    Totals (Excluding unknown values) | $596,931.00 | $4,000.00 | | $4,000.71 | $0.00 |

Printed: 04/14/2010 01:14 PM    V.12.08

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73637  
**Case Name:** ROSE, SCOTT J  

**Period Ending:** 04/14/10  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/26/09 (f)  
**§341(a) Meeting Date:** 10/01/09  
**Claims Bar Date:** 01/15/10  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2010    **Current Projected Date Of Final Report (TFR):** April 3, 2010 (Actual)

Exhibit B

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 09-73637 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | ROSE, SCOTT J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****92-65 - Money Market Account |
| Taxpayer ID #: | **-***5151 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/14/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/17/09 | {25} | Scott J. Rose | Purchase of motorcycle | 1129-000 | 4,000.00 | | 4,000.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 4,000.06 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,000.22 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,000.37 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,000.52 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,000.69 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 4,000.71 |
| 04/06/10 | | Wire out to BNYM account 9200******9265 | Wire out to BNYM account 9200******9265 | 9999-000 | -4,000.71 | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -4,000.71 | 0.00 | |
| **Subtotal** | **4,000.71** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,000.71** | **$0.00** | |

{} Asset reference(s)

Printed: 04/14/2010 01:14 PM   V.12.08

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 09-73637
Case Name: ROSE, SCOTT J

Taxpayer ID #: **-***5151
Period Ending: 04/14/10

Trustee: STEPHEN G. BALSLEY (330410)
Bank Name: The Bank of New York Mellon
Account: 9200-******92-65 - Money Market Account
Blanket Bond: $1,500,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9265 | Wire in from JPMorgan Chase Bank, N.A. account ********9265 | 9999-000 | 4,000.71 | | 4,000.71 |
| | | | ACCOUNT TOTALS | | 4,000.71 | 0.00 | $4,000.71 |
| | | | Less: Bank Transfers | | 4,000.71 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 04/14/2010 01:14 PM    V.12.08

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-73637 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | ROSE, SCOTT J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******92-66 - Checking Account |
| Taxpayer ID #: | **-***5151 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/14/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****92-65 | 4,000.71 | 0.00 | 0.00 |
| MMA # 9200-******92-65 | 0.00 | 0.00 | 4,000.71 |
| Checking # 9200-******92-66 | 0.00 | 0.00 | 0.00 |
| | $4,000.71 | $0.00 | $4,000.71 |

{} Asset reference(s)

Printed: 04/14/10 01:14 PM    **Claims Distribution Register**    Page: 1

Case: 09-73637   ROSE, SCOTT J

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 2 | 11/23/09 | 100 | AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096<br>&lt;4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>Claim No. 2 is allowed as a secured claim, but disallowed for purposes of distribution, the Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate.<br>PO Box 183853<br>Arlington, TX 76096 | 28,228.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | Priority 100:  0% Paid | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 08/26/09 | 200 | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br>&lt;2100-00  Trustee Compensation&gt; | 1,000.18 | 1,000.18 | 0.00 | 1,000.18 | 1,000.18 |
| | 08/26/09 | 200 | Barrick, Switzer Law Firm<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;3110-00  Attorney for Trustee Fees (Trustee Firm)&gt; | 1,050.00 | 1,050.00 | 0.00 | 1,050.00 | 1,050.00 |
| | | | Total for Priority 200:   100% Paid | $2,050.18 | $2,050.18 | $0.00 | $2,050.18 | $2,050.18 |
| | | | Total for Admin Ch. 7 Claims: | $2,050.18 | $2,050.18 | $0.00 | $2,050.18 | $2,050.18 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 10/27/09 | 610 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank,c/o Resurgent Capital<br>Services,PO Box 19008<br>Greenville, SC 29602<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;<br>Citibank<br>c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | 20,648.65 | 20,648.65 | 0.00 | 20,648.65 | 1,370.87 |
| 3 | 12/30/09 | 610 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 731248809 | 7,829.51 | 7,829.51 | 0.00 | 7,829.51 | 519.80 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Printed: 04/14/10 01:14 PM | | | | **Claims Distribution Register** | | | | Page: 2 |
| | | | | Case: 09-73637 ROSE, SCOTT J | | | | |

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 01/07/10 | 610 | Verizon Wireless<br>P. O. Box 3397<br>Bloomington, IL 61702<br><7100-00  General Unsecured § 726(a)(2)><br>P. O. Box 3397<br>Bloomington, IL 61702 | 901.68 | 901.68 | 0.00 | 901.68 | 59.86 |
| | | | Total for Priority 610:  6.63901% Paid | $29,379.84 | $29,379.84 | $0.00 | $29,379.84 | $1,950.53 |
| | | | Total for Unsecured Claims: | $29,379.84 | $29,379.84 | $0.00 | $29,379.84 | $1,950.53 |
| | | | Total for Case : | $59,658.92 | $31,430.02 | $0.00 | $31,430.02 | $4,000.71 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-73637
Case Name: ROSE, SCOTT J
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*

　　　　　　　　　　　N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | STEPHEN G. BALSLEY | $ 1,000.18 | $ |
| *Attorney for trustee* | Barrick, Switzer Law Firm | $ 1,050.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,379.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.6 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | $ 20,648.65 | $ 1,370.87 |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 7,829.51 | $ 519.80 |
| 4 | Verizon Wireless | $ 901.68 | $ 59.86 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-TFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (9/1/2009)**