IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
ROSE, SCOTT J

CASE NO. 09-73637 MB

HONORABLE MANUEL BARBOSA

Debtor(s)

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE
FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS,
WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,000.18 as compensation, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $4,000.71. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,000.18 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 0.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $ 1,000.18 | |

A description of the nature of the services performed by the Trustee is attached.

Law Offices
BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP
6833 Stalter Drive, First Floor
Rockford, IL 61108
(815) 962-6611   FAX (815) 962-0687
FEIN 36-2408289

---

PAGE: 1
04/14/2010

SCOTT J. ROSE
ATTORNEY JAMES T. MAGEE
444 NORTH CEDAR LAKE ROAD
ROUND LAKE IL 60073

ACCOUNT NO: 57346-001Z
STATEMENT NO: 2

TRUSTEE TIME

INTERIM STATEMENT

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/22/2009 | REVIEW TAX RETURNS AND PAY ADVICES. | 0.30 | |
| 10/01/2009 | REVIEW BANKRUPTCY PETITION AND SCHEDULES; CONDUCT 341 MEETING. | 1.00 | |
| 10/08/2009 | CORRESPONDENCE TO U.S. TRUSTEE REGARDING: INFORMATION REQUESTED. | 0.30 | |
| 11/17/2009 | RECEIVE AND REVIEW PAYMENT FOR MOTORCYCLE; OPEN BANK ACCOUNT AND DEPOSIT SAME; ORDER FEIN. | 1.00 | |
| 03/29/2010 | REVIEW CLAIMS. | 1.00 | |
| 04/06/2010 | WORK ON FINAL REPORT. | 1.00 | |
| | FOR CURRENT SERVICES RENDERED | 4.60 | 0.00 |

BALANCE DUE $0.00

WE ACCEPT AMERICAN EXPRESS, DISCOVER, MASTERCARD & VISA

PLEASE INCLUDE YOUR ACCOUNT NUMBER WITH YOUR PAYMENT