IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
ROSE, SCOTT J

CASE NO. 09-73637 MB

Judge MANUEL BARBOSA

Debtor(s)

### APPLICATION OF TRUSTEE'S COUNSEL OF OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:　HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE
　　　FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF
　　　ILLINOIS, WESTERN DIVISION

STEPHEN G. BALSLEY, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on 08/26/09. This Court on November 16, 2009 authorized the employment of the Applicant to serve as counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $1,050.00 in compensation for 4.20 hours of services performed for the period October 8, 2009 through present.

3. Attached hereto is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

4. The time expended and services rendered by the Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
| --- | --- | --- | --- |
| Stephen G. Balsley | 3.20 | $250.00 | $800.00 |
| James E. Stevens | 1.00 | $250.00 | $250.00 |

5. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

6. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $1,050.00 for legal services rendered in this case.

Dated: <u>April 15, 2010</u>

                                              RESPECTFULLY SUBMITTED,

                                By: /s/ STEPHEN G. BALSLEY
                                    STEPHEN G. BALSLEY, Trustee
                                    6833 STALTER DRIVE
                                    ROCKFORD, IL  61108
                                    (815) 962-6611

Law Offices<br>
BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP<br>
6833 Stalter Drive, First Floor<br>
Rockford, IL  61108<br>
(815) 962-6611   FAX (815) 962-0687<br>
FEIN 36-2408289

---

SCOTT J. ROSE
ATTORNEY JAMES T. MAGEE
444 NORTH CEDAR LAKE ROAD
ROUND LAKE IL 60073

PAGE: 1
04/14/2010
ACCOUNT NO:   57346-000Z
STATEMENT NO:   2

ATTORNEY TIME

INTERIM STATEMENT

Rate

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/08/2009 | SGB | PREPARATION AND FILING MOTION TO EMPLOY ATTORNEY FOR TRUSTEE; PREPARATION OF AFFIDAVIT OF DISINTEREST; SEND NOTICES TO ALL INTERESTED PARTIES; PREPARATION OF PROPOSED ORDER OF EMPLOYMENT. | 250.00 | 1.00 | 250.00 |
| | SGB | CORRESPONDENCE TO ATTORNEY MAGEE REGARDING TURNOVER OF MOTORCYCLE AND SALE OF BANKRUPTCY ESTATE'S INTEREST IN SAME. | 250.00 | 0.20 | 50.00 |
| 10/29/2009 | SGB | PREPARE AND FILE MOTION TO SELL MOTORCYCLE TO DEBTOR; SEND NOTICE AND PREPARE PROPOSED ORDER; CORRESPONDENCE TO DEBTOR'S ATTORNEY REGARDING SAME. | 250.00 | 1.00 | 250.00 |
| 11/16/2009 | SGB | COURT APPEARANCE ON MOTION TO EMPLOY ATTORNEYS. | 250.00 | 1.00 | 250.00 |
| | | Stephen G. Balsley (SGB) | | 3.20 | 800.00 |
| 11/25/2009 | JES | COURT HEARING REGARDING SALE OF MOTORCYCLE. | 250.00 | 1.00 | 250.00 |
| | | James E. Stevens (JES) | | 1.00 | 250.00 |
| | | FOR CURRENT SERVICES RENDERED | | 4.20 | 1,050.00 |

| TIMEKEEPER | | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen G. Balsley (SGB) | 3.20 | $250.00 | $800.00 |
| James E. Stevens (JES) | 1.00 | 250.00 | 250.00 |

TOTAL CURRENT WORK                                                                                  1,050.00

SCOTT J. ROSE                                                                                    PAGE: 2
                                                                                              04/14/2010
                                                                          ACCOUNT NO:        57346-000Z
                                                                          STATEMENT NO:               2
ATTORNEY TIME

    BALANCE DUE                                                                    $1,050.00

WE ACCEPT AMERICAN EXPRESS, DISCOVER, MASTERCARD & VISA

PLEASE INCLUDE YOUR ACCOUNT NUMBER WITH YOUR PAYMENT