UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: ROSE, SCOTT J § Case No. 09-73637
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 07/07/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/_/_____       By: /s/STEPHEN G. BALSLEY
                                         Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 2              Date Rcvd: Jun 11, 2010
Case: 09-73637                Form ID: pdf006             Total Noticed: 22


The following entities were noticed by first class mail on Jun 13, 2010.
db           +Scott J Rose,    2422 Claremont Lane,    Lake In The Hills, IL 60156-6408
aty          +James T Magee,    Magee  Negele & Associates  P C,    444 N Cedar Lake Rd,
               Round Lake, IL 60073-2802
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
14367281    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Ameri Credit,     P. O. Box 183853,    Arlington, TX 76096)
14367282    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Americredit Financial Services,    POB 183853,    Arlington, TX 76096)
14367283     Bank Of America,    4060 Ogletown/Stan,    Newark, DE 19713
14367284    +Bank Of America,    Attn: Bankruptcy,    P. O. Box 26012,    Greensboro, NC 27420-6012
14367285    +Capital One,    P. O. Box 85015,    Richmond, VA 23285-5015
14367286    +Capital One Bank,    P. O. Box 5155,    Norcross, GA 30091-5155
14367290    +Chase Manhattan Mortgage,    Attention: Research Dept.,    3415 Vision Drive,
               Columbus, OH 43219-6009
14367287    +Chase Manhattan Mortgage,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
14367291     Citi Mortgage Inc,    Attn: Bankruptcy Dept,    P. O. Box 79022, MS322,    St. Louis, MO 63179
14367293    +Citibank,    P. O. Box 6241,    Sioux Falls, SD 57117-6241
14367292    +Citibank,    Attn: Bankruptcy,    P. O. Box 20507,    Kansas City, MO 64195-0507
14367294    +Citimortgage Inc,    P. O. Box 9438,    Gaithersburg, MD 20898-9438
14367296   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    38 Fountain Square Plaza,    Cincinnati, OH 45263)
14638652    +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14367297   ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court: HomEq,    Attn: Bankruptcy Dept,    1100 Corporate Center,
               Raleigh, NC 27607)
14367298   ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court: HomEq Servicing,    P. O. Box 13716,    Sacramento, CA 95853)
The following entities were noticed by electronic transmission on Jun 11, 2010.
14909233      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 11 2010 22:10:45
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
14367301    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 11 2010 22:10:46      Verizon Wireless,
               P. O. Box 3397,    Bloomington, IL 61702-3397
14367300    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 11 2010 21:55:38      Verizon Wireless,
               1 Verizon Place,    Alpharetta, GA 30004-8510
                                                                                              TOTAL: 3
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14367299      Rental Properties
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
14759161*   ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
               Arlington, TX 76096)
14367288*   +Chase Manhattan Mortgage,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
14367289*   +Chase Manhattan Mortgage,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
14367295*   +Citimortgage Inc,    P. O. Box 9438,    Gaithersburg, MD 20898-9438
14934593*   +Verizon Wireless,    PO BOX 3397,    Bloomington, IL 61702-3397
                                                                                   TOTALS: 1, * 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3           User: lorsmith            Page 2 of 2               Date Rcvd: Jun 11, 2010
Case: 09-73637                 Form ID: pdf006           Total Noticed: 22

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2010**               **Signature:**           *Joseph Speetjens*