UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ROSE, SCOTT J | § Case No. 09-73637 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $596,931.00 | Assets Exempt: $102,500.00 |
| Total Distribution to Claimants: $1,950.73 | Claims Discharged Without Payment: $29,354.11 |
| Total Expenses of Administration: $2,050.18 | |

3) Total gross receipts of $ 4,000.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,000.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $523,535.00 | $28,228.90 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,050.18 | 2,050.18 | 2,050.18 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,403.00 | 29,379.84 | 29,379.84 | 1,950.73 |
| **TOTAL DISBURSEMENTS** | $551,938.00 | $59,658.92 | $31,430.02 | $4,000.91 |

4) This case was originally filed under Chapter 7 on August 26, 2009. . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2010           By: /s/STEPHEN G. BALSLEY
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Harley Davidson Fat Boy Softail | 1129-000 | 4,000.00 |
| Interest Income | 1270-000 | 0.91 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.91** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AmeriCredit Financial Services, Inc. | 4110-000 | 30,412.00 | 28,228.90 | 0.00 | 0.00 |
| Citimortgage Inc | 4110-000 | 62,653.00 | N/A | N/A | 0.00 |
| Citimortgage Inc | 4110-000 | 49,307.00 | N/A | N/A | 0.00 |
| HomEq Servicing | 4110-000 | 64,200.00 | N/A | N/A | 0.00 |
| Fifth Third Bank | 4110-000 | 197,890.00 | N/A | N/A | 0.00 |
| Chase Manhattan Mortgage | 4110-000 | 38,075.00 | N/A | N/A | 0.00 |
| Chase Manhattan Mortgage | 4110-000 | 42,187.00 | N/A | N/A | 0.00 |
| Chase Manhattan Mortgage | 4110-000 | 38,811.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | |
|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | $523,535.00 | $28,228.90 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,000.18 | 1,000.18 | 1,000.18 ✓ |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 1,050.00 | 1,050.00 | 1,050.00 ✓ |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,050.18 | 2,050.18 | 2,050.18 ✓ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 18,394.00 | 20,648.65 | 20,648.65 | 1,371.01 ✓ |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 7,183.00 | 7,829.51 | 7,829.51 | 519.85 ✓ |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Verizon Wireless | 7100-000 | 901.00 | 901.68 | 901.68 | 59.87 |
| Capital One | 7100-000 | 1,925.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 28,403.00 | 29,379.84 | 29,379.84 | 1,950.73 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-73637
Case Name: ROSE, SCOTT J

Period Ending: 10/19/10

Trustee: (330410) STEPHEN G. BALSLEY
Filed (f) or Converted (c): 08/26/09 (f)
§341(a) Meeting Date: 10/01/09
Claims Bar Date: 01/15/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2422 Claremont Lane, Lake In The Hills, IL | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Rental 334 East Forest Avenue, Jackson, TN | 38,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Rental 17 Finch Cove, Jackson, TN | 64,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Rental 873-875 Royal Street, Jackson, TN | 49,300.00 | 0.00 | DA | 0.00 | FA |
| 5 | Rental 137 Lakeshore Drive, Oakfield, TN | 62,600.00 | 0.00 | DA | 0.00 | FA |
| 6 | Rental 127 Harris Street, Jackson, TN | 42,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Rental 518 East Deadrick Street, Jackson, TN | 38,800.00 | 0.00 | DA | 0.00 | FA |
| 8 | Deposits - First American Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | Deposits - Kane County Teacher's Credit Union | 800.00 | 0.00 | DA | 0.00 | FA |
| 10 | Deposits - ING Direct | 150.00 | 0.00 | DA | 0.00 | FA |
| 11 | Living room furniture, televisions, DVD player | 675.00 | 0.00 | DA | 0.00 | FA |
| 12 | Bedroom furniture, washer and dryer | 700.00 | 0.00 | DA | 0.00 | FA |
| 13 | Dining room set, kitchen utensils | 250.00 | 0.00 | DA | 0.00 | FA |
| 14 | 7 stoves, 7 refrigerators, microwave, freezer | 1,825.00 | 0.00 | DA | 0.00 | FA |
| 15 | Wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 16 | Shotgun and revolver | 550.00 | 0.00 | DA | 0.00 | FA |
| 17 | Treadmill | 150.00 | 0.00 | DA | 0.00 | FA |
| 18 | State Police Pension Plan | 66,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | 457 Retirement Plan | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | Health Savings Account | 4,700.00 | 0.00 | DA | 0.00 | FA |
| 21 | CompuShare Trust Stock | 500.00 | 0.00 | DA | 0.00 | FA |
| 22 | E-Trade Stock | 221.00 | 0.00 | DA | 0.00 | FA |
| 23 | Rental incomes due | Unknown | 0.00 | DA | 0.00 | FA |
| 24 | 2008 Toyota FJ Cruiser | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | 2003 Harley Davidson Fat Boy Softail | 9,760.00 | 0.00 | DA | 4,000.00 | FA |
| 26 | Laptop computer | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.91 | FA |
| 27 | Assets    Totals (Excluding unknown values) | $596,931.00 | $0.00 | | $4,000.91 | $0.00 |

Printed: 10/19/2010 01:16 PM    V.12.52

Case 09-73637    Doc 45    Filed 11/17/10    Entered 11/17/10 13:30:43    Desc Main
              Document      Page 7 of 10


Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73637  
**Case Name:** ROSE, SCOTT J  
**Period Ending:** 10/19/10

**Trustee:** (330410)   STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/26/09 (f)  
**§341(a) Meeting Date:** 10/01/09  
**Claims Bar Date:** 01/15/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 31, 2010          Current Projected Date Of Final Report (TFR):    April 3, 2010  (Actual)

Printed: 10/19/2010 01:16 PM    V.12.52

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-73637
**Case Name:** ROSE, SCOTT J

**Taxpayer ID #:** **-***5151
**Period Ending:** 10/19/10

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****92-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/09 | {25} | Scott J. Rose | Purchase of motorcycle | 1129-000 | 4,000.00 | | 4,000.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 4,000.06 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,000.22 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,000.37 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,000.52 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,000.69 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 4,000.71 |
| 04/06/10 | | Wire out to BNYM account 9200******9265 | Wire out to BNYM account 9200******9265 | 9999-000 | -4,000.71 | | 0.00 |

| | | |
|---|---:|---:|
| ACCOUNT TOTALS | 0.00 | 0.00 |
| Less: Bank Transfers | -4,000.71 | 0.00 |
| **Subtotal** | **4,000.71** | **0.00** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$4,000.71** | **$0.00** |

ACCOUNT TOTALS (col 7): $0.00

{} Asset reference(s)

Printed: 10/19/2010 01:16 PM V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-73637 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | ROSE, SCOTT J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******92-65 - Money Market Account |
| Taxpayer ID #: | **-***5151 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/19/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9265 | Wire in from JPMorgan Chase Bank, N.A. account ********9265 | 9999-000 | 4,000.71 | | 4,000.71 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 4,000.90 |
| 05/03/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.01 | | 4,000.91 |
| 05/03/10 | | To Account #9200******9266 | Transfer to closed money market account | 9999-000 | | 4,000.91 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,000.91 | 4,000.91 | $0.00 |
| | | | Less: Bank Transfers | | 4,000.71 | 4,000.91 | |
| | | | Subtotal | | 0.20 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.20 | $0.00 | |

{} Asset reference(s)        Printed: 10/19/2010 01:16 PM V.12.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-73637 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | ROSE, SCOTT J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******92-66 - Checking Account |
| Taxpayer ID #: | **-***5151 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/19/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/03/10 | | From Account #9200******9265 | Transfer to closed money market account | 9999-000 | 4,000.91 | | 4,000.91 |
| 07/08/10 | 101 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,000.18, Trustee Compensation; Reference: | 2100-000 | | 1,000.18 | 3,000.73 |
| 07/08/10 | 102 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $1,050.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,050.00 | 1,950.73 |
| 07/08/10 | 103 | PYOD LLC its successors and assigns as assignee of | Dividend paid 6.63% on $20,648.65; Claim# 1; Filed: $20,648.65; Reference: | 7100-000 | | 1,371.01 | 579.72 |
| 07/08/10 | 104 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 6.63% on $7,829.51; Claim# 3; Filed: $7,829.51; Reference: | 7100-000 | | 519.85 | 59.87 |
| 07/08/10 | 105 | Verizon Wireless | Dividend paid 6.63% on $901.68; Claim# 4; Filed: $901.68; Reference: | 7100-000 | | 59.87 | 0.00 |

| | | |
|---|---:|---:|
| ACCOUNT TOTALS | 4,000.91 | 4,000.91 | $0.00 |
| Less: Bank Transfers | 4,000.91 | 0.00 | |
| Subtotal | 0.00 | 4,000.91 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $4,000.91 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****92-65 | 4,000.71 | 0.00 | 0.00 |
| MMA # 9200-******92-65 | 0.20 | 0.00 | 0.00 |
| Checking # 9200-******92-66 | 0.00 | 4,000.91 | 0.00 |
| | $4,000.91 | $4,000.91 | $0.00 |

{} Asset reference(s)    Printed: 10/19/2010 01:16 PM    V.12.52